# United States Bankruptcy Court
## Western District of Pennsylvania

In re __Nicholas Voigt__                                                                    Case No. __24-21798__
                                    Debtor(s)                                               Chapter __7__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Nicholas Voigt__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date __August 13, 2024__                Signature __/s/ Nicholas Voigt__
                                                  __Nicholas Voigt__
                                                  Debtor



Nicholas Voigt
1215 Kings Mill Rd
Aliquippa, PA 15001

Auto-Owners Insurance Company    6101 Anacapri Boulevard Lansing, MI 48917    (517) 323-1200

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Nicholas Voigt | Auto-Owners Insurance Company | 00026431 | 07/06/2024 | 07/19/2024 | 07/26/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 75.00 | 2,311.41 | 162.57 | 481.05 | 0.38 | 1,667.41 |
| YTD | 967.50 | 37,081.84 | 2,319.80 | 8,263.91 | 3,007.83 | 23,490.30 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Benefit Dollars | 07/06/2024 - 07/19/2024 | 0 | 0 | 49.87 | 0 | 748.05 |
| Gym Reimbursement | | | 0 | | 0 | 248.04 |
| Salary | 07/06/2024 - 07/19/2024 | 75 | 30.1539 | 2,261.54 | 967.5 | 29,173.86 |
| Student Loan Assist | | | 0 | | 0 | 4,537.26 |
| Supplemental Sick | | | 0 | | 157.5 | 2,374.63 |
| Earnings | | | | 2,311.41 | | 37,081.84 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 140.45 | 2,256.30 |
| Medicare | 32.84 | 527.68 |
| Federal Withholding | 211.97 | 3,939.37 |
| State Tax - PA | 69.55 | 1,120.16 |
| SUI-Associate Paid - PA | 1.59 | 25.44 |
| City Tax - CRNBR | 22.65 | 364.96 |
| PA LST - CRNBR | 2.00 | 30.00 |
| Total | 481.05 | 8,263.91 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Associate Life Insurance | 4.57 | 68.55 |
| Dependent Care FSA | 9.62 | 144.30 |
| Health Care FSA | 19.23 | 288.45 |
| Long Term Disability | 7.40 | 111.00 |
| Pre-Tax 401(k) Associate Contribution | 113.08 | 1,577.45 |
| Supplemental Sick | 8.67 | 130.05 |
| Total | 162.57 | 2,319.80 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Child Life Insurance | 0.38 | 5.70 |
| Student Loan Assist Offset | | 3,002.13 |
| Total | 0.38 | 3,007.83 |

### Employer Paid Benefits and Non Cash Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 90.46 | 1,261.92 |
| GTL | 3.50 | 52.50 |
| Employer Paid Benefits and Non Cash Taxable Benefits | 93.96 | 1,314.42 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,265.42 | 36,391.99 |
| Medicare - Taxable Wages | 2,265.42 | 36,391.99 |
| Federal Withholding - Taxable Wages | 2,152.34 | 34,814.54 |
| State Tax Taxable Wages - PA | 2,265.42 | 36,391.99 |
| City Tax Taxable Wages - CRNBR | 2,265.42 | 36,391.99 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 30 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******1075 | ******1075 | | 1,667.41 USD |



Nicholas Voigt
1215 Kings Mill Rd
Aliquippa, PA 15001

Auto-Owners Insurance Company    6101 Anacapri Boulevard Lansing, MI 48917    (517) 323-1200

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Nicholas Voigt | Auto-Owners Insurance Company | 00026431 | 06/22/2024 | 07/05/2024 | 07/12/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 75.00 | 2,311.41 | 162.57 | 481.06 | 0.38 | 1,667.40 |
| YTD | 892.50 | 34,770.43 | 2,157.23 | 7,782.86 | 3,007.45 | 21,822.89 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Benefit Dollars | 06/22/2024 - 07/05/2024 | 0 | 0 | 49.87 | 0 | 698.18 |
| Gym Reimbursement | | | | 0 | 0 | 248.04 |
| Salary | 06/22/2024 - 07/05/2024 | 75 | 30.1539 | 2,261.54 | 892.5 | 26,912.32 |
| Student Loan Assist | | | | 0 | 0 | 4,537.26 |
| Supplemental Sick | | | | 0 | | 157.5 | 2,374.63 |
| Earnings | | | | 2,311.41 | | 34,770.43 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 140.46 | 2,115.85 |
| Medicare | 32.85 | 494.84 |
| Federal Withholding | 211.97 | 3,727.40 |
| State Tax - PA | 69.55 | 1,050.61 |
| SUI-Associate Paid - PA | 1.58 | 23.85 |
| City Tax - CRNBR | 22.65 | 342.31 |
| PA LST - CRNBR | 2.00 | 28.00 |
| Total | 481.06 | 7,782.86 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Associate Life Insurance | 4.57 | 63.98 |
| Dependent Care FSA | 9.62 | 134.68 |
| Health Care FSA | 19.23 | 269.22 |
| Long Term Disability | 7.40 | 103.60 |
| Pre-Tax 401(k) Associate Contribution | 113.08 | 1,464.37 |
| Supplemental Sick | 8.67 | 121.38 |
| Total | 162.57 | 2,157.23 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Child Life Insurance | 0.38 | 5.32 |
| Student Loan Assist Offset | | 3,002.13 |
| Total | 0.38 | 3,007.45 |

### Employer Paid Benefits and Non Cash Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 90.46 | 1,171.46 |
| GTL | 3.50 | 49.00 |
| Employer Paid Benefits and Non Cash Taxable Benefits | 93.96 | 1,220.46 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,265.42 | 34,126.57 |
| Medicare - Taxable Wages | 2,265.42 | 34,126.57 |
| Federal Withholding - Taxable Wages | 2,152.34 | 32,662.20 |
| State Tax Taxable Wages - PA | 2,265.42 | 34,126.57 |
| City Tax Taxable Wages - CRNBR | 2,265.42 | 34,126.57 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 30 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC Bank | PNC Bank ******1075 | ******1075 | | 1,667.40 | USD |



Nicholas Voigt
1215 Kings Mill Rd
Aliquippa, PA 15001

Auto-Owners Insurance Company  6101 Anacapri Boulevard Lansing, MI 48917  (517) 323-1200

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Nicholas Voigt | Auto-Owners Insurance Company | 00026431 | 06/08/2024 | 06/21/2024 | 06/28/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 75.00 | 2,311.41 | 162.57 | 481.05 | 0.38 | 1,667.41 |
| YTD | 817.50 | 32,459.02 | 1,994.66 | 7,301.80 | 3,007.07 | 20,155.49 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Benefit Dollars | 06/08/2024 - 06/21/2024 | 0 | 0 | 49.87 | 0 | 648.31 |
| Gym Reimbursement | | | 0 | | 0 | 248.04 |
| Salary | 06/08/2024 - 06/21/2024 | 75 | 30.1539 | 2,261.54 | 817.5 | 24,650.78 |
| Student Loan Assist | | | 0 | | 0 | 4,537.26 |
| Supplemental Sick | | | 0 | | 157.5 | 2,374.63 |
| Earnings | | | | 2,311.41 | | 32,459.02 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 140.45 | 1,975.39 |
| Medicare | 32.85 | 461.99 |
| Federal Withholding | 211.97 | 3,515.43 |
| State Tax - PA | 69.55 | 981.06 |
| SUI-Associate Paid - PA | 1.58 | 22.27 |
| City Tax - CRNBR | 22.65 | 319.66 |
| PA LST - CRNBR | 2.00 | 26.00 |
| Total | 481.05 | 7,301.80 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Associate Life Insurance | 4.57 | 59.41 |
| Dependent Care FSA | 9.62 | 125.06 |
| Health Care FSA | 19.23 | 249.99 |
| Long Term Disability | 7.40 | 96.20 |
| Pre-Tax 401(k) Associate Contribution | 113.08 | 1,351.29 |
| Supplemental Sick | 8.67 | 112.71 |
| Total | 162.57 | 1,994.66 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Child Life Insurance | 0.38 | 4.94 |
| Student Loan Assist Offset | | 3,002.13 |
| Total | 0.38 | 3,007.07 |

### Employer Paid Benefits and Non Cash Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 90.46 | 1,081.00 |
| GTL | 3.50 | 45.50 |
| Employer Paid Benefits and Non Cash Taxable Benefits | 93.96 | 1,126.50 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,265.42 | 31,861.15 |
| Medicare - Taxable Wages | 2,265.42 | 31,861.15 |
| Federal Withholding - Taxable Wages | 2,152.34 | 30,509.86 |
| State Tax Taxable Wages - PA | 2,265.42 | 31,861.15 |
| City Tax Taxable Wages - CRNBR | 2,265.42 | 31,861.15 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 30 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******1075 | ******1075 | | 1,667.41 USD |



Nicholas Voigt
1215 Kings Mill Rd
Aliquippa, PA 15001

Auto-Owners Insurance Company    6101 Anacapri Boulevard Lansing, MI 48917    (517) 323-1200

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Nicholas Voigt | Auto-Owners Insurance Company | 00026431 | 05/25/2024 | 06/07/2024 | 06/14/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 30.00 | 1,632.95 | 128.64 | 323.74 | 0.38 | 1,180.19 |
| YTD | 742.50 | 30,147.61 | 1,832.09 | 6,820.75 | 3,006.69 | 18,488.08 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Benefit Dollars | 05/25/2024 - 06/07/2024 | 0 | 0 | 49.87 | 0 | 598.44 |
| Gym Reimbursement | | | | 0 | | 248.04 |
| Salary | 06/04/2024 - 06/07/2024 | 30 | 30.1539 | 904.61 | 742.5 | 22,389.24 |
| Student Loan Assist | | | | 0 | | 4,537.26 |
| Supplemental Sick | 05/25/2024 - 06/03/2024 | 45 | 30.1539 | 678.47 | 157.5 | 2,374.63 |
| Salary | 04/13/2024 - 04/26/2024 | 0 | 0 | 0.00 | | |
| Earnings | | | | 1,632.95 | | 30,147.61 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 98.40 | 1,834.94 |
| Medicare | 23.01 | 429.14 |
| Federal Withholding | 134.63 | 3,303.46 |
| State Tax - PA | 48.72 | 911.51 |
| SUI-Associate Paid - PA | 1.11 | 20.69 |
| City Tax - CRNBR | 15.87 | 297.01 |
| PA LST - CRNBR | 2.00 | 24.00 |
| Total | 323.74 | 6,820.75 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Associate Life Insurance | 4.57 | 54.84 |
| Dependent Care FSA | 9.62 | 115.44 |
| Health Care FSA | 19.23 | 230.76 |
| Long Term Disability | 7.40 | 88.80 |
| Pre-Tax 401(k) Associate Contribution | 79.15 | 1,238.21 |
| Supplemental Sick | 8.67 | 104.04 |
| Total | 128.64 | 1,832.09 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Child Life Insurance | 0.38 | 4.56 |
| Student Loan Assist Offset | | 3,002.13 |
| Total | 0.38 | 3,006.69 |

### Employer Paid Benefits and Non Cash Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 63.32 | 990.54 |
| GTL | 3.50 | 42.00 |
| Employer Paid Benefits and Non Cash Taxable Benefits | 66.82 | 1,032.54 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,586.96 | 29,595.73 |
| Medicare - Taxable Wages | 1,586.96 | 29,595.73 |
| Federal Withholding - Taxable Wages | 1,507.81 | 28,357.52 |
| State Tax Taxable Wages - PA | 1,586.96 | 29,691.93 |
| City Tax Taxable Wages - CRNBR | 1,586.96 | 29,701.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 30 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******1075 | ******1075 | | 1,180.19 USD |