Certificate Number: 05781-PAW-DE-039106295

Bankruptcy Case Number: 24-21798



05781-PAW-DE-039106295

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 26, 2024, at 7:59 o'clock PM PST, Nicholas Voigt completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 26, 2024            By:   /s/Allison M Geving

                                     Name: Allison M Geving

                                     Title: President